**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-02636-GPG
(**The above civil action number must appear on all future papers
sent to the court in this action.   Failure to include this number
may result in a delay in the consideration of your claims.**)

PATRICK L. BRENNER,

    Applicant,

v.

EXECUTIVE DIRECTOR OF THE CDOC AND WARDEN OF COLORADO
    TERRITORIAL CORRECTIONAL FACILITY,

    Respondent.

---

**ORDER DIRECTING MR. BRENNER TO CURE DEFICIENCY**

---

    Mr. Patrick L. Brenner initiated this action by filing an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action.

    As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that the submitted documents are deficient as described in this Order.   Mr. Brenner will be directed to cure the following if he wishes to pursue his claims.   Any papers that Mr. Brenner files in response to this Order must include the civil action number on this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1) ____ is not submitted
(2) ____ is missing affidavit
(3)  X   prisoner's trust fund statement is not certified by an appropriate officer of the institution.
(4) ____ is missing required financial information
(5) ____ is missing an original signature by the prisoner
(6) ____ is not on proper form (must use the Court's current form used in filing prisoner civil rights complaints)

(7) \_\_\_ names in caption do not match names in caption of complaint, petition or habeas application
(8) \_\_\_ An original and a copy have not been received by the court.
Only an original has been received.
(9) \_\_\_ other:

**Complaint, Petition or Application**:
(10) \_\_\_ is not submitted
(11) \_\_\_ is not on proper form (must use a Court-approved form used in filing prisoner civil rights complaints)
(12) \_\_\_ is missing an original signature by the prisoner
(13) \_\_\_ is missing page nos. \_\_\_
(14) \_\_\_ uses et al. instead of listing all parties in caption
(15) \_\_\_ An original and a copy have not been received by the court. Only an original has been received.
(16) \_\_\_ Sufficient copies to serve each defendant/respondent have not been received by the court.
(17) \_\_\_ names in caption do not match names in text
(18) \_\_\_ other:

Accordingly, it is

ORDERED that Mr. Brenner cure the deficiency designated above **within thirty days from the date of this Order**. Any papers that Mr. Brenner files in response to this Order must include the civil action number on this Order. It is

FURTHER ORDERED that if Mr. Brenner fails to cure the designated deficiency **within thirty days from the date of this Order** the action will be dismissed without further notice.

DATED December 3, 2015, at Denver, Colorado.

          BY THE COURT:

          s/Gordon P. Gallagher
          United States Magistrate Judge